Timothy GRIMES, Plaintiff–Appellant,

v.

Ron ANGELONE, Director of Virginia Corrections; Mark L. Earley, Attorney General of Virginia, Defendants–Appellees.

No. 01–7431.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 29, 2001.

Decided Dec. 10, 2001.

Timothy Grimes, pro se.

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Timothy Grimes appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Grimes v. Angelone*, No. CA–01–939–AM (E.D.Va. Aug. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*